Harrison Hills 55 LLC, Petitioner-Landlord-Respondent,
against
Valerie Mulligan, Respondent-Tenant-Appellant.



Tenant appeals from an order of the Civil Court of the City of New York, Bronx County (Kevin C. McClanahan, J.), dated October 6, 2015, after a hearing, which denied her motion to vacate the final judgment of possession and stay execution of the warrant of eviction in a holdover summary proceeding.




Per Curiam.
Order (Kevin C. McClanahan, J.), dated October 6, 2015, modified to permanently stay execution of the warrant of eviction; as modified, order affirmed, without costs.
Since the record established beyond factual dispute that tenant failed to timely remove her dog within the time set forth in the so-ordered stipulation settling the underlying nuisance holdover proceeding, and, indeed, failed to comply with the removal deadline extension provided in a subsequent (one-year later) court order, Civil Court providently exercised its discretion in denying tenant any relief from the possessory judgment. However, in light of the fact that tenant effected a cure by removing the dog, albeit belatedly, due, in part, to her son's serious health conditions, which resulted in a liver transplant and partial leg amputation, we exercise our discretion and permanently stay execution of the warrant of eviction. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: May 03, 2016